### Joanna J. HARRINGTON

v.

### Joseph A. HARRINGTON.

No. 80–388–M.P.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Edward H. Torgen, North Kingstown, for petitioner.

Butterfield & Flaherty, Francis X. Flaherty, Warwick, for respondent.

### ORDER

The petition for writ of certiorari and motion for stay are denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

### Edward J. HAYES

v.

### PLANTATIONS STEEL COMPANY.

No. 79–430–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Keven A. McKenna, Providence, for plaintiff.

DeSimone & Del Sesto Law Corporation, Ronald W. Del Sesto, Providence, for defendant.

### ORDER

The plaintiff's brief having been filed, the defendant's motion to strike plaintiff's cross appeal is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.